NICOLA T. HANNA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. State Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone:  (714) 338-3542
    Facsimile:  (714) 338-3561
    E-mail:     charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GAGIK AIRAPETIAN,<br><br>        Defendant. | Nos. 8:20-cr-00086-JLS-1<br>     2:18-cr-00548-ODW-1<br><br>STIPULATION TO MODIFY BOND TERM |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Charles E. Pell, and defendant GAGIK AIRAPETIAN, both individually and by and through his counsel of record, Garo B. Ghazarian, Esquire, hereby agree and stipulate that the $250,000 bond in this case be modified to secured by deeding of property by Karine Khachatryan, rather than unsecured, as the Court ordered yesterday afternoon.

    Therefore, the parties respectfully request that the Court modify the bond as requested, but maintain all other conditions the same.  Further, the parties request that the Court allow defendant's

release upon signature and approval of an unsecured bond pending posting of the secured bond, and that the defense be given 14 calendar days to post the secured bond.

IT IS SO STIPULATED.

*[signature]*                                              11.13.2020

---

CHARLES E. PELL                                            Date
Assistant United States Attorney
Santa Ana Branch Office


    /s/ per email authorization                            11/13/2020

---

GARO B. GHAZARIAN, Esquire                                 Date
Attorney for Defendant
GAGIK AIRAPETIAN

2